

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00055-CV

Donald E. **GHIDONI**,
Appellant

v.

**STONE OAK, INC.**, Hill Country Water Works Company and Hill Country S.A., LTD. and
Nancy Ghidoni-Meehan,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant seeks to appeal the trial court's order denying his motion for summary judgment. This court has jurisdiction to review the denial of a summary judgment motion only when the parties file competing motions for summary judgment, and the trial court grants one motion but denies the other. *Valence Operating Co. v. Dorsett,* 164 S.W.3d 656, 661 (Tex. 2006). The record shows that competing motions for summary judgment were not filed in the trial court. Therefore, this court lacks jurisdiction over this appeal. *See Humphreys v. Caldwell,* 888 S.W.2d 469, 470 (Tex. 1994) (holding denial of summary judgment is not appealable); *see also State Office of Risk Mgmt. v. Martinez*, 300 S.W.3d 9, 13 (Tex. App.—San Antonio 2009, pet. denied).

Accordingly, it is ORDERED that appellant show cause *within ten (10) days* of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of the court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2020.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court